WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John K. Kirchgessner, et al., | No. CV-15-1048-PHX-SMM |
| Plaintiffs, | |
| v. | **O R D E R** |
| CHLN, Inc. d/b/a Chart House, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for an extension of time for Defendants to Answer the Complaint up to July 16, 2015. In support, the parties state that Defendant Landry's Inc. have not yet been served with the Complaint. Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation for an extension of time for Defendants to Answer the Complaint. (Doc. 6.) Defendants' Answer to the Complaint is now due on **Friday, July 24, 2015.**

**IT IS FURTHER ORDERED** that the parties have not waived any rights or defenses with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional and any other defenses, either by motion or otherwise.

DATED this 2nd day of July, 2015.

*[signature]*
Stephen M. McNamee
Senior United States District Judge